IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DEXTER W. WHITE,

      Plaintiff,

v.                                                  4:13cv79-WS

BURLINGTON COAT FACTORY,
et al.,

      Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 6)

docketed May 10, 2013.  The magistrate judge recommends that this case be dismissed

without prejudice for failure to prosecute and to comply with an order of the court.  The

plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation

should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

2.  The plaintiff's complaint, and this action, are hereby DISMISSED without

prejudice for failure to comply with an order of the court and to prosecute this case.

3.  The clerk is directed to enter judgment, stating: "All claims are dismissed

without prejudice."

DONE AND ORDERED this _____6th_____ day of ___June___, 2013.




s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE